HIGHTOWER *et al. v.* LANE, TILLMAN & COMPANY.

LEWIS, J. This case falls within the well-established rule that a judgment deny- ing an injunction will not be disturbed by the Supreme Court when it ap- pears that the decision of the trial judge was based upon conflicting evidence and that there was no abuse of discretion in rendering the judgment.

*Judgment affirmed.    All the Justices concurring.*

Submitted November 20, — Decided December 11, 1901.

Petition for injunction. Before Judge Hansell. Lowndes superior court. September 21, 1901.

*Thomas & Johnson*, for plaintiffs.
*Denmark & Ashley*, for defendants.